**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TRAVIS CONISH** | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:07-CV-2180-O |
| | ) | |
| **TERRELL STATE HOSPITAL** | ) | |
| Defendant . | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge entered findings, conclusions and a recommendation in this case on March 26, 2008. No objections were filed. *See* FED. R. CIV. P. 72; 28 U.S.C. §636(b). The Court has therefore reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Therefore, it is ORDERED that this case is dismissed without prejudice.

**SIGNED this 31st day of July, 2008.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**